# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OAKWOOD INSURANCE COMPANY,**

    **Plaintiff,**

v.          Case No: 6:18-cv-437-Orl-31LRH

**NORTH AMERICAN RISK SERVICES, INC.,**

    **Defendant.**

## ORDER

This Matter comes before the Court on the Joint Motion for Extension of Deadlines in Court Scheduling Order (Doc. 75), filed June 6, 2019. The Parties seek a sixty (60) day extension of the Second Amended Case Management and Scheduling Order in order to mediate the case. For good cause shown, the Court **GRANTS** the Joint Motion for Extension. No further extension will be granted absent compelling circumstances.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 7, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party