# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OAKWOOD INSURANCE COMPANY,**

    **Plaintiff,**

v.                                               Case No:   6:18-cv-437-Orl-31LRH

**NORTH AMERICAN RISK SERVICES, INC.,**

    **Defendant.**

## ORDER

This Matter comes before the Court on yet another Motion to Dismiss (Doc. 78) filed by Plaintiff Oakwood Insurance Company ("Oakwood"). This Motion argues that the Defendant's Second Amended Counterclaim should be dismissed for various reasons. The Second Amended Counterclaim alleges breach of contract (Count I) and breach of the implied covenant of good faith and fair dealing (Count II). This Court previously found that the Defendant stated a counterclaim for breach of contract and breach of the implied covenant of good faith and fair dealing. Doc. 73. The Court's patience is wearing thin, and it declines to reexamine the questions it has already dealt with in its previous order. The Plaintiff's Motion (Doc. 78) is **DENIED**.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on August 12, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party