UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

OAKWOOD INSURANCE COMPANY,

    Plaintiff,

v.

NORTH AMERICAN RISK SERVICES, INC.,

    Defendant.
_____/

CASE NO. 6:18-cv-00437-GAP-LRH

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff/Counter-Defendant Oakwood Insurance Company ("Oakwood") and Defendant/Counter-Plaintiff, North American Risk Services, Inc. ("NARS"), (together, the "Parties"), jointly move pursuant to Fed. R. Civ. P. 54 and Local Rule 3.08(b), as well as the Court's September 22, 2020 Order in this action (Docket No. 160), for entry of a proposed Final Judgment, attached hereto as Exhibit A. In support of this Motion and pursuant to Local Rule 3.08(a)-(b), the Parties hereby notify the Court that in order to save costs and resources in further litigating and bringing this case to trial, and to permit an immediate appeal, they have reached an agreement regarding NARS's Second Amended Counterclaim. Therefore, in accordance with the terms of the proposed Final Judgement, attached hereto as Exhibit "A", which *inter alia* expressly reserves the Parties' rights to appeal any ruling or issue appealable and the Parties' rights to bring any motion for attorneys' fees and costs, the Parties respectfully request that the Court enter the proposed Final Judgment.

## LOCAL RULE 3.01(g) CERTIFICATE

Counsel for the Parties certify that, pursuant to Local Rule 3.01(g), they have conferred

with one another to discuss the resolution of the issues herein, and that both Parties consent to the relief requested in this motion.

Dated this 16th day of October, 2020.                    Respectfully submitted,

| | |
|---|---|
| /s/ Matthew C. Scarfone | /s/ Onier Llopiz |
| MATTHEW C. SCARFONE, ESQ. | ONIER LLOPIZ, ESQ. |
| Florida Bar No. 94306 | Florida Bar No. 579475 |
| mscarfone@colodnyfass.com | ol@lydeckerdiaz.com |
| Colodny Fass | Lydecker Diaz |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| OAKWOOD INSURANCE COMPANY | NORTH AMERICAN RISK SERVICES, INC. |
| 1401 N.W. 136 Avenue | 1221 Brickell Ave. |
| Suite 200 | 19th Floor |
| Sunrise, Florida 33323 | Miami, Florida 33131 |
| Telephone: (954) 492-4010 | Telephone: (305) 416-3180 |
| Facsimile: (954) 492-1144 | Facsimile: (305) 416-3190 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2020 the foregoing was electronically filed through the PACER filing system and sent via e-mail through the PACER's electronic service to:

**Matthew C. Scarfone**
COLODNY FASS, PLLC
1401 N.W. 136 Avenue, Suite 200
Sunrise, FL 33323
E-mail: mscarfone@colodnyfass.com
*Attorneys for Plaintiff/ Counter-Defendant*
*Oakwood Insurance Company*

                                              By: /s/ Onier Llopiz
                                                  Onier Llopiz (FBN 579475)