# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**OAKWOOD INSURANCE COMPANY,**

    **Plaintiff,**

**v.**                                                        **Case No:   6:18-cv-437-Orl-31LRH**

**NORTH AMERICAN RISK SERVICES, INC.,**

    **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **JOINT MOTION FOR ENTRY OF FINAL JUDGMENT (Doc. 161)**
>
> **FILED:**      October 16, 2020
>
> ___
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**. The consent judgment will be entered separately.

**DONE** and **ORDERED** in Orlando, Florida on October 20, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties