UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

OAKWOOD INSURANCE COMPANY,

    Plaintiff,

v().

NORTH AMERICAN RISK SERVICES, INC.,

    Defendant.
_____/

CASE NO. 6:18-cv-00437-GAP-LRH

## FINAL CONSENT JUDGMENT

WHEREAS, Plaintiff/Counter-Defendant Oakwood Insurance Company ("Oakwood") filed Plaintiff's Complaint for Damages and Demand for Jury Trial (Doc. 1) (the "Complaint") in this case on February 14, 2018;

WHEREAS, Defendant/Counter-Plaintiff North American Risk Services, Inc. ("NARS") filed Defendant's Second Amended Counterclaim in this case on June 6, 2019 (Doc. 74);

WHEREAS, with respect to Oakwood's Complaint in this case, the Court granted NARS's Motion for Summary Judgment (Doc. 118) in its Order dated September 22, 2020 (Doc. 160);

WHEREAS, with respect to NARS's Second Amended Counterclaim, the Court in the same Order (Doc. 160) granted in part and denied in part NARS's Motion for Summary Judgment (Doc. 118) and granted in part and denied in part Oakwood's Motion for Partial Summary Judgment (Doc. 156); and

WHEREAS, for the purpose of avoiding the cost of trial on the remaining issues and permitting an immediate appeal, Oakwood and NARS have agreed to entry of a Final Judgment on the following terms with the express reservation of all rights to appeal any issues;

It is therefore

ORDERED AND ADJUDGED THAT:

1. Judgment is hereby entered against the Plaintiff Oakwood and in favor of the Defendant NARS on Oakwood's Complaint for the reasons set forth in the September 22, 2020 Order (Doc. 160). Plaintiff Oakwood shall recover nothing from the Complaint.

2. Judgment is hereby entered against the Counter-Defendant Oakwood and in favor of the Counter-Plaintiff NARS on Count I of NARS's Second Amended Counterclaim for the reasons set forth in the September 22, 2020 Order (Doc. 160). By consent of the Parties, judgment as to Count I of NARS's Second Amended Counterclaim is hereby entered in the amount of $42,108.00, and NARS waives the right to any pre-judgment interest on this award.

3. Oakwood and NARS jointly stipulate to dismissal with prejudice of Count II of NARS's Second Amended Counterclaim.

4. The Court shall maintain continuing jurisdiction over this action for the purpose of considering and hearing any motions regarding taxable costs or for attorneys' fees and any applicable costs and expenses pursuant to the Claims Services Agreement applicable in this case.

5. The Parties expressly reserve all rights to appeal any issues, including but not limited to any aspect of the Court's Order (Doc. 160) and this Final Judgment, and neither party's consent to entry of this Final Judgment shall be deemed a waiver of any appellate rights.

6.  This Final Judgment constitutes an appealable final judgment pursuant to Fed. R. Civ. Pro. 54(a) and 28 U.S.C. § 1291.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 20, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record

The foregoing Final Consent Judgment has been agreed and consented to by the parties:

OAKWOOD INSURANCE COMPANY

/s/ Matthew C. Scarfone          DATED: October 16, 2020
MATTHEW C. SCARFONE, ESQ.
Florida Bar No. 94306
mscarfone@colodnyfass.com
Colodny Fass
*Attorneys for Plaintiff*
*OAKWOOD INSURANCE COMPANY*
1401 N.W. 136 Avenue, Suite 200
Sunrise, Florida 33323
Telephone: (954) 492-4010
Facsimile:  (954) 492-1144

NORTH AMERICAN RISK SERVICES, INC.     DATED: October 16, 2020

/s/ Onier Llopiz
ONIER LLOPIZ, ESQ.
Florida Bar No. 579475
ol@lydeckerdiaz.com
Lydecker Diaz
*Attorneys for Defendant*
*NORTH AMERICAN RISK SERVICES, INC.*
1221 Brickell Ave., 19th Floor
Miami, Florida 33131
Telephone: (305) 416-3180
Facsimile:  (305) 416-3190